1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| PROTON AG, | ) | **Civil Action No.: 4:21-cv-09714 HSG** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATED ORDER RE: DEFENDANT METALLICUS, INC.'S REPLY MEMORANDUM FILING DATE AND PLAINTIFF PROTON AG'S REPLY MEMORANDUM FILING DATE** |
| v. | ) | |
| | ) | |
| METALLICUS, INC. | ) | |
| | ) | **DATE: DECEMBER 8, 2022** |
| Defendant. | ) | **TIME: 2:00PM** |
| | ) | **COURT: COURTROOM 2, 4ᵀᴴ FLOOR** |
| | ) | **JUDGE:** |
| | ) | **HON. HAYWOOD S. GILLIAM, JR.** |
| | ) | |

– 1 –

STIPULATED ORDER RE: THE PARTIES' REPLY MEMORANDUM FILING DATES

Civil Action No.: 4:21-cv-09714 HSG

1  WHEREAS, since Metallicus, Inc.'s Motion to Extend Amendment of Pleadings/Joinder
2  Deadline in Scheduling Order (Dkt. 43) was filed on July 15, 2022, Proton AG has voluntarily
3  surrendered the four federal trademark registrations that were the subject of Metallicus's
4  contemplated four additional counterclaims for cancellation[1] and the Court in the related
5  declaratory judgment action denied Proton's motion to dismiss (Dkt. 33 in Metallicus v. Proton,
6  Case No. 4:21-cv-09562);

7  WHEREAS, since Proton's Motion For Leave To Amend Complaint To Add Marshall
8  Hayner As An Individual Co-Defendant (Dkt. 45) was filed on July 15, 2022, Metallicus filed a
9  Statement of Nonopposition to the motion and "provide[d] its written consent to the filing of
10 Plaintiff's Proposed First Amended Complaint" (Dkt. 47);

11 WHEREAS, the parties contemplate filing a Stipulated Joint Request to Consolidate the
12 Related Cases and to Modify the Court's Case Scheduling Order (Dkt. 35) in light of, inter alia,
13 recent efforts towards settlement, a desire to avoid potentially wasteful litigation vis-à-vis these
14 lawsuits, and some discovery complications that have arisen due to Proton's Swiss residency;

15 WHEREAS, the parties will be participating in a private mediation before JAMS Retired
16 Judge James Ware on August 16, 2022 and desire to focus their efforts on this mediation rather
17 than continuing the present motion practice pending before the Court; and

18 WHEREAS, the current motions (Dkt. 43 and 45) are set for hearings on December 8,
19 2022.
20 //
21 //
22 //
23 //
24 //
25 //
26 //

---

[1] Proton has done so without prejudice to its rights or any admission as to the veracity of Metallicus's proposed counterclaims or any waiver of any later position, argument, right, etc.

– 2 –

STIPULATED ORDER RE: THE PARTIES' REPLY MEMORANDUM FILING DATES
Civil Action No.: 4:21-cv-09714 HSG

1 THEREFORE, the parties hereby stipulate pursuant to Civil L.R. 7-12 that, if necessary, the parties' reply memorandums in support of their respective motions shall be filed by September 2, 2022.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  August 4, 2022                    DERGOSITS & NOAH LLP

                                          By: s/Michael E. Degosits/
                                              Michael E. Dergosits
                                              Attorneys for Defendant
                                              METALLICUS, INC.

Dated:  August 4, 2022                    LATHAM & WATKINS LLP

                                          By: s/Patrick C. Justman/
                                              Patrick C. Justman
                                              Attorneys for Plaintiff
                                              PROTON AG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    8/9/2022

                                          Honorable Haywood S. Gilliam, Jr.
                                          United States District Court Judge

– 3 –

STIPULATED ORDER RE: THE PARTIES' REPLY MEMORANDUM FILING DATES

Civil Action No.: 4:21-cv-09714 HSG