| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Jennifer L. Barry (Bar No. 228066)<br>   jennifer.barry@lw.com<br>  Patrick C. Justman (Bar No. 281324)<br>   patrick.justman@lw.com<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>858.523.5400 / 858.523.5450 (Fax) | DERGOSITS & NOAH LLP<br>  Michael E. Dergosits (Bar No. 118206)<br>   mdergosits@dergnoah.com<br>  Richard A. Nebb (Bar No. 146239)<br>   rnebb@dergnoah.com<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>415.705.6377 / 415.750.6383 (Fax) |
| LATHAM & WATKINS LLP<br>  Dennis Mai (*admitted pro hac vice*)<br>   dennis.mai@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212.906.1200 / 212.751.4864 (Fax) | MORGAN, LEWIS & BOCKIUS LLP<br>  Carla B. Oakley (Bar No. 130092)<br>   carla.oakley@morganlewis.com<br>One Market, Spear Street Tower, 28th Floor<br>San Franciso, CA 94105-1596<br>415.442.1301 / 415.442.1001 (Fax) |
| Attorneys for Plaintiff<br>PROTON AG | Attorneys for Defendant<br>METALLICUS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PROTON AG,<br><br>             Plaintiff,<br><br>     v.<br><br>METALLICUS, INC.,<br><br>             Defendant. | CASE NO. 4:21-cv-09714-HSG<br><br>**STIPULATION TO CONSOLIDATE CASE SCHEDULE; ORDER  (as modified)** |

   WHEREAS, on January 12, 2022, the Court entered a Related Case Order in the declaratory judgment action (the "DJ Action") (Dkt. 14 in Case No. 4:21-cv-09562-HSG) determining that the instant case, Case No. 21-cv-09714-EJD ("the Infringement Action") was related and should be reassigned to Hon. Haywood S. Gilliam, Jr., who was already presiding over the DJ Action;

   WHEREAS, the Court in the Infringement Action entered a Case Scheduling Order,

1  Stipulated Protective Order, and Stipulated Order Re: Discovery of Electronically Stored
2  Information (Dkts. 35, 36, and 38), but has not yet entered such orders in the DJ Action;
3         WHEREAS, on July 26, 2022, in the DJ Action, the Court entered an Order (Dkt. 33)
4  Denying Motion to Enforce Settlement Agreement or Dismiss Declaratory Judgment Complaint,
5  encouraging the parties to cooperate with respect to coordinating these two lawsuits to avoid
6  wasteful litigation;
7         WHEREAS, after Proton AG filed a Motion for Leave to Amend Complaint to Add
8  Marshall Hayner as An Individual Co-Defendant in the Infringement Action (Dkt. 45),
9  Metallicus, Inc. ("Metal Pay") filed a Statement of Nonopposition to the motion, providing its
10 "written consent to the filing of Plaintiff's Proposed First Amended Complaint" (Dkt. 47);
11        WHEREAS, Proton needs to further revise its Proposed First Amended Complaint in the
12 Infringement Action to account for recent developments related to its trademark registrations
13 (*see* Dkt. 52) and other minor issues and will seek Metal Pay's consent to these changes prior to
14 either filing its revised First Amended Complaint, or seeking leave to amend as necessary,
15 thereby negating the currently scheduled December 8, 2022, hearing if the below proposed
16 schedule is approved;
17        WHEREAS, Metal Pay's pending motion to Extend Amendment of Pleadings/Joinder
18 Deadline in Scheduling Order (Dkt. 43) in the Infringement Action, currently scheduled for
19 December 8, 2022, will be moot if the below proposed schedule is approved;
20        WHEREAS, the Court has not yet set a deadline for amendment of pleadings in the DJ
21 Action, Proton has not yet filed an answer in the DJ Action, and Metal Pay intends to amend its
22 complaint in the DJ Action to account for recent developments and other minor issues and will
23 seek Proton AG's consent to the amendment prior to either filing the Second Amended
24 Complaint, or seeking leave to amend as necessary;
25        WHEREAS, the parties attended a mediation with Judge James Ware (Ret.) of JAMS on
26 August 16, 2022 and were unable to reach settlement during the initial half-day session and
27 anticipate further settlement discussions;
28        WHEREAS, the parties agreed to delay the filing of their respective amended pleadings

1  and reply memorandum related to their pending motions (*see* Dkt. 52 in the Infringement Action)
2  to avoid potentially wasteful litigation prior to the JAMS mediation and related settlement
3  negotiations;
4         WHEREAS, the Infringement Action and the DJ Action involve common questions of
5  law and fact and involve common parties;
6         WHEREAS, discovery in the Infringement Action and the DJ Action involves documents
7  and witnesses located in Switzerland, a nation with strict privacy laws that may form the basis
8  for objections to discovery requests, and which may necessitate the use of the Hague Convention
9  procedures for obtaining relevant documents and deposition testimony;
10        WHEREAS, the parties have agreed upon and propose an amended Case Scheduling
11 Order to apply to both lawsuits, as detailed below:

| Event | Current Deadline | New Proposed Deadline | Change (days) |
|---|---|---|---|
| Amendment of Pleadings / Joinder | July 15, 2022 | September 16, 2022 | 63 |
| Close of Fact Discovery | November 11, 2022 | March 2, 2023 | 111 |
| Exchange of Opening Expert Reports | December 20, 2022 | March 17, 2023 | 87 |
| Exchange of Rebuttal Expert Reports | February 10, 2023 | April 21, 2023 | 70 |
| Close of Expert Discovery | March 10, 2023 | May 12, 2023 | 63 |
| Dispositive and Daubert Motion Filing Deadline | April 7, 2023 | June 8, 2023 | 62 |
| Dispositive and Daubert Motion Hearing Deadline | June 1, 2023 | July 27, 2023 | 56 |
| Pretrial Conference | August 29, 2023 at 3 p.m. | October 24, 2023 | 56 |
| Jury Trial (7 days) | September 18, 2023 | November 11, 2023 | 54 |

24        THEREFORE, the parties stipulate that the Infringement Action and the DJ Action
25 remain as separate actions but be consolidated, pursuant to Fed. R. Civ. P. 42(a), for discovery,
26 pre-trial, and trial, absent a showing of good cause for separate trials of the actions, with the Case
27 Scheduling Order proposed above applicable to both actions.  The parties agree that the relevant
28 procedural orders and filings (e.g., Dkts. 24-26, 36, 38, 40) filed or entered in the Infringement

Action shall apply to the DJ Action and be treated as if filed or entered in the DJ Action, and that all future filings related to procedural issues, the case schedule, or other similar issues need only be filed in one action or the other, and need not be filed in both actions.  The parties further agree that fact and expert discovery taken in one action can be used in the other action, including the use of deposition testimony and documents and other discovery already obtained in the Infringement Action.  The parties agree that the numerical limitations on discovery and motion practice pursuant to the Federal Rules of Civil Procedure, Local Rules, this Court's Standing Orders, and the parties' prior agreements related to discovery (*see, e.g.,* Dkt. 29) will apply separately to the DJ Action and the Infringement Action and that consolidation is not intended to change those per-action limitations.  The parties further agree that they will not engage in duplicative discovery or motion practice.

**IT IS SO STIPULATED.**

Dated:  August 22, 2022     Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/Patrick C. Justman
    Patrick C. Justman

*Attorneys for Plaintiff*
PROTON AG

Dated: August 22, 2022     DERGOSITS & NOAH LLP

By  /s/Michael E. Dergosits
    Michael E. Dergosits

*Attorneys for Defendant*
METALLICUS, INC.

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated: August 22, 2022                /s/Patrick C. Justman
                                      Patrick C. Justman

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except the Court will issue a scheduling order setting/resetting the dates.

Dated:     8/23/2022                  _____
                                      Honorable Haywood S. Gilliam, Jr.
                                      United States District Judge