1 | LATHAM & WATKINS LLP
     Jennifer L. Barry (Bar No. 228066)
      *jennifer.barry@lw.com*
     Patrick C. Justman (Bar No. 281324)
      *patrick.justman@lw.com*
   12670 High Bluff Drive
   San Diego, CA  92130
   858.523.5400 / 858.523.5450 (Fax)

   LATHAM & WATKINS LLP
     Dennis Mai (*admitted pro hac vice*)
      *dennis.mai@lw.com*
   1271 Avenue of the Americas
   New York, NY 10020
   212.906.1200 / 212.751.4864 (Fax)

   Attorneys for Plaintiff
   PROTON AG

   MORGAN, LEWIS & BOCKIUS LLP
     Carla B. Oakley (Bar No. 130092)
      *carla.oakley@morganlewis.com*
     Katerina Hora Jacobson (Bar No. 342384)
      *katerina.horajacobson@morganlewis.com*
   One Market, Spear Street Tower, 28th Floor
   San Francisco, CA 94105-1596
   415.442.1301 / 415.442.1001 (Fax)

   Brian O'Donnell, (*pro hac vice*)
      *brian.odonnell@morganlewis.com*
   1111 Pennsylvania Avene, NW
   Washington, DC 20004-2541
   202.739.3000 / 202.739.3001 (Fax)

   DERGOSITS & NOAH LLP
   Michael E. Dergosits (Bar No. 118206)
      *mdergosits@dergnoah.com*
   Richard A. Nebb (Bar No. 146239)
      *rnebb@dergnoah.com*
   One Embarcadero Center, Suite 720
   San Francisco, CA 94111
   415.705.6377 / 415.750.6383 (Fax)

   Attorneys for Defendants
   METALLICUS, INC. and MARSHALL HAYNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PROTON AG,<br><br>          Plaintiff,<br><br>     v.<br><br>METALLICUS, INC. and MARSHALL HAYNER,<br><br>          Defendants. | CASE NO. 4:21-cv-09714-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Civil Rule 6-1(b), Plaintiff Proton AG and Defendants Metallicus, Inc. and Marshall Hayner ("Defendants") hereby STIPULATE AND AGREE to the following:

1. On September 16, 2022, Plaintiff Proton AG filed its First Amended Complaint adding Mr. Hayner as a defendant (the "FAC") (Dkt. No. 60) and served it upon Defendant Metallicus Inc.

2. On September 20, Counsel for Defendant Metallicus confirmed that (a) they will be representing Defendant Mr. Hayner in this suit and (b) they are authorized to accept service of the summons and FAC on Mr. Hayner's behalf. Proton shall serve the FAC and summons (and related materials) on counsel for Mr. Hayner shortly.

3. On September 30, the Parties will participate in an additional mediation session before Judge James Ware (Ret.).

4. The Parties agree that in light of the upcoming mediation, it would be beneficial to extend the time for Defendants to respond to the FAC in order to focus on preparing for a productive mediation, and have agreed to extend the response deadline for Defendants by three weeks to October 21, 2022.

5. Extending the time for Defendants to respond to the FAC will not alter the date of any event or any deadline already fixed by this Court.

6. Therefore, Defendants shall have up to and including October 21, 2022 to respond to Proton's First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: September 27, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/*Patrick C. Justman*
Patrick C. Justman

*Attorneys for Plaintiff*
PROTON AG

Dated: September 27, 2022

MORGAN LEWIS & BOCKIUS LLP

By /s/*Carla B. Oakley*
Carla B. Oakley

*Attorneys for Defendants*
METALLICUS, INC. and MARSHALL HAYNER

### **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated:  September 27, 2022                          /s/*Patrick C. Justman*
                                                                         Patrick C. Justman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  9/28/2022                          *[signature]*
                                                         Honorable Haywood S. Gilliam, Jr.
                                                         United States District Judge