| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Carla B. Oakley, Bar No. 130092<br>Jenna K. Stokes, Bar No. 307789<br>Katerina Hora Jacobson, Bar No. 342384<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>carla.oakley@morganlewis.com<br>jenna.stokes@morganlewis.com<br>katerina.horajacobson@morganlewis.com<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>Brian O'Donnell (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 2004-2541<br>brian.odonnell@morganlewis.com<br>Tel.: +1.202.739.3000<br>Fax: +1.202.739.3001<br><br>Kathryn Feiereisel (*pro hac vice*)<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>katie.feiereisel@morganlewis.com<br>Tel.: +1.312.324.1101<br>Fax: +1.312.324.1001<br><br>DERGOSITS & NOAH LLP<br>Michael E. Dergosits, Bar No. 118206<br>Richard A. Nebb, Bar No. 146239<br>mdergosits@dergnoah.com<br>rnebb@dergnoah.com<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111<br>Tel.: +1.415.705.6377<br>Fax: +1.415.705.6383<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Metallicus, Inc. and Defendant Marshall Hayner* | LATHAM & WATKINS LLP<br>Jennifer L. Barry, Bar No. 228066<br>jennifer.barry@lw.com<br>Patrick C. Justman, Bar No. 281324<br>patrick.justman@lw.com<br>Melanie J. Grindle, Bar No. 311047<br>melanie.grindle@lw.com<br>Dennis Mai (*pro hac vice*)<br>dennis.mai@lw.com<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>858.523.5400 / 858.523.5450 (Fax)<br><br>William Shubeck (*pro hac vice*)<br>bill.shubeck@lw.com<br>Tayler Woelcke (*pro hac vice*)<br>tayler.woelcke@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212.906.1200 / 212.751.4864 (Fax)<br><br>Emma Lammawin<br>emma.lammawin@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714.755.8040 / 714.755.8290 (Fax)<br><br>*Attorneys for Plaintiff and Counterclaim-Defhendant PROTON AG* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTON AG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METALLICUS, INC. and MARSHALL HAYNER,<br><br>　　　　Defendants. | CASE NO. 4:21-cv-09714-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii); ORDER** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Civil Action No. 4:21-cv-09714-HSG

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Proton AG, Metallicus, Inc., and Marshall Hayner, through their respective counsel of record, hereby stipulate and agree to dismiss the above-captioned matter in its entirety and with prejudice, with each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: June 13, 2023                MORGAN LEWIS & BOCKIUS LLP

                                    By *s/ Carla B. Oakley*
                                    Carla B. Oakley

                                    *Attorneys for Defendant and Counterclaim-Plaintiff* METALLICUS, INC. and *Defendant* MARSHALL HAYNER

Dated: June 13, 2023                LATHAM & WATKINS LLP

                                    By *s/ Jennifer L. Barry*
                                    Jennifer L. Barry

                                    *Attorneys for Plaintiff and Counterclaim-Defendant* PROTON AG

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated: June 13, 2023                         *s/ Carla B. Oakley*
                                             Carla B. Oakley

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/14/2023                             *Haywood S. Gilliam Jr.*
                                             Honorable Haywood S. Gilliam, Jr.
                                             United States District Judge